JULIO DIAZ MARRERO *v.* COMMISSIONER OF
CORRECTION
(AC 29695)

Gruendel, Harper and Foti, Js.

Submitted on briefs April 13—officially released May 12, 2009

Per Curiam. The appeal is dismissed.

GLORIA PALMIERI *v.* CINDY SCANIFFE ET AL.
(AC 29958)

Flynn, C. J., and Lavine and Hennessy, Js.

Submitted on briefs April 13—officially released May 12, 2009

Per Curiam. The judgment is affirmed.

SHAWNA L. CASPER *v.* WATERBURY HOSPITAL
HEALTH CENTER
(AC 29809)

DiPentima, Gruendel and Peters, Js.

Argued April 15—officially released May 12, 2009

Per Curiam. The judgment is affirmed.